**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-60242-CR-DAMIAN**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**EDUARDO RIVERO,**

Defendant.
_____________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**ON CHANGE OF PLEA [ECF NO. 16]**

**THIS CAUSE** came before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation on Change of Plea, entered on November 17, 2026 [ECF No. 16]. To date, no party has filed an objection, and the time to do so has passed.

THE COURT has reviewed the Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 16]** is **AFFIRMED AND ADOPTED**. Defendant, Eduardo Rivero's, change of plea is accepted, and Defendant is adjudicated guilty as to the sole count of the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in the Southern District of Florida, this 24th day of November, 2026.



_____________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Magistrate Judge Edwin G. Torres